IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 07-CV-00112

CARY GAGAN,

    PETITIONER/PLAINTIFF,

v.

TROY EID, UNITED STATES ATTORNEY FOR THE DISTRICT OF COLORADO

    RESPONDENT/DEFENDANT.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 17 2007
GREGORY C. LANGHAM
CLERK

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 8 – 2007
GREGORY C. LANGHAM
CLERK

### AFFIDAVIT OF CARY GAGAN

STATE OF COLORADO ) ss.
COUNTY OF CROWLEY )

I, CARY GAGAN, BEING FIRST DULY SWORN AND DEPOSED ACCORDING TO LAW STATE AS FOLLOWS IN REGARDS TO THE "PLAINTIFF'S MOTION FOR AN ORDER ASSIGNING TO THE PLAINTIFF'S MANDAMUS SUIT A DISINTERESTED JUDGE":

1. I AM THE PETITIONER/PLAINTIFF IN REGARDS TO THE AFORESTATED MOTION FOR AN ORDER ASSIGNING A DISINTERESTED JUDGE TO GAGAN'S (AFFIANT HERE) ACCOMPANYING PETITION FOR WRIT OF MANDAMUS.

2. I HAVE PERSONAL KNOWLEDGE OF THE FACTS AS SET FORTH WITHIN THE MANDAMUS ACTION, AND I AM COMPETENT AND WILLING TO TESTIFY IN ANY RELATED HEARING OR TRIAL AS TO THE TRUTH AND VALIDITY OF THESE FACTS.

3. THE COPIES OF THE EVIDENCE SUBMITTED IN SUPPORT OF THESE FACTS ARE TRUE AND CORRECT COPIES OF THE ORIGINALS, EXCEPT SOME MAY CONTAIN EXPLANATORY WRITINGS FROM THE PLAINTIFF.

4. THESE FACTS, THE EVIDENCE IN SUPPORT OF THESE FACTS, ARE BELIEVED BY AFFIANT CARY GAGAN TO REQUIRE THE ASSIGNMENT OF A DISINTERESTED JUDGE FROM ANOTHER 10th CIRCUIT FEDERAL COURT, i.e., WYOMING OR OKLAHOMA, TO SIT ON THIS MANDAMUS COMPLAINT.

5. THE AFFIANT'S POSITION IS TAKEN IN GOOD FAITH BASED ENTIRELY ON THE FACTS AND EVIDENCE BEING PRESENTED IN THESE MATTERS.

SUBSCRIBED AND SWORN TO BEFORE ME BY CARY GAGAN ON THE 23rd DAY OF DEC. '06.

    _____
    CARY GAGAN

_____
NOTARY PUBLIC  December 23, 2006

NOTARY PUBLIC
STATE OF COLORADO
LINDA L. LYONS
My Appointment Expires: 7-8-08  July 8, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Rec'd
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 8 - 2007

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO.

CARY GAGAN,
                PETITIONER/PLAINTIFF,

V.

TROY EID, UNITED STATES ATTORNEY FOR THE DISTRICT OF COLORADO,
                RESPONDENT/DEFENDANT.

---

PETITIONER/PLAINTIFF'S MOTION FOR AN ORDER ALLOWING THE PETITIONER/PLAINTIFF TO PROCEED ON THE ORIGINAL MOTION FOR ASSIGNMENT OF A DISINTERESTED JUDGE TO MANDAMUS SUIT

---

PETITIONER/PLAINTIFF CARY GAGAN, PRO SE, RESPECTFULLY MOVES THE HONORABLE LEWIS T. BABCOCK, CHIEF JUDGE, TO GRANT THIS MOTION ALLOWING THE PLAINTIFF TO PROCEED ON THE ACCOMPANYING "PLAINTIFF'S MOTION FOR AN ORDER ASSIGNING TO THE PLAINTIFF'S MANDAMUS SUIT A DISINTERESTED JUDGE," AND AS JUST CAUSE THE PLAINTIFF STATES AS FOLLOWS:

1. PLAINTIFF IS CURRENTLY BEING HELD IN SEGREGATION AT THE CROWLEY COUNTY CORR. FAC.; PLAINTIFF IS AWAITING TRANSFER TO ANOTHER FACILITY.

2. PLAINTIFF, DUE TO THE RESTRICTIONS OF SEGREGATION AS TO LEGAL ACCESS AND COPIES, COULD NOT SECURE COPIES OF THIS MOTION FOR ASSIGNMENT OF DISINTERESTED JUDGE AND EXHIBITS, AND IF ABLE TO IN THE FUTURE, SUCH WOULD NOT BE UNTIL JAN 4 '07.

3. THE COPIES OF THE "APPENDIX" IN THE RELATED MANDAMUS SUIT WERE PROVIDED BY THE PLAINTIFF'S SISTER.

4. NEITHER THE COURT OR U.S. ATTORNEY TROY EID WOULD BE PREJUDICED BY THE COURT GRANTING THIS MOTION.

WHEREFORE, PLAINTIFF RESPECTFULLY MOVES THIS COURT TO GRANT THIS MOTION AND ALLOW PLAINTIFF TO PROCEED ON THE ORIGINAL.

DATED: DECEMBER 28, 2006

RESPECTFULLY SUBMITTED,

Cary Gagan, PET/PLAINTIFF
#58938
CROWLEY COUNTY CORR. FAC
6564 STATE HWY 96
OLNEY SPRINGS, CO 81062-8700