IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 7 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00112-BNB

CARY GAGAN,
    Plaintiff,

v.

TROY EID,
ALBERTO GONZALES, and
GEORGE W. BUSH,
    Defendants.

ORDER DISMISSING CASE

Plaintiff Cary Gagan has filed *pro se* on May 10, 2007, "Plaintiff's Motion to Dismiss This Civil Action Without Prejudice and Motion for an Order for the Clerk to Return to the Plaintiff for Review by the Attorneys the Filed Appendix in This Action." The Court must construe the motions liberally because Mr. Gagan is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

The Court will construe the motion to dismiss as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no

subsequent court order is necessary. See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. See **Hyde Constr. Co.**, 388 F.2d at 507.

Mr. Gagan's motion to have the appendix of exhibits filed in this action returned to him will be granted. Accordingly, it is

ORDERED that Plaintiff's motion to dismiss filed on May 10, 2007, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of May 10, 2007, the date the notice was filed in this action. It is

FURTHER ORDERED that Plaintiff's motion filed on May 10, 2007, to have the appendix of exhibits filed in this action returned to him is granted. It is

FURTHER ORDERED that the clerk of the Court is directed to mail to Plaintiff, together with a copy of this order, the original appendix of exhibits filed in this action on January 17, 2007. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 17 day of May, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00112-BNB

Cary Gagan
Reg. No. 58938
North Fork Corr. Facility
1605 E. Main
Sayre, OK 73662

    I hereby certify that I have mailed a copy of the **ORDER and the original appendix of exhibits filed on 01/17/07** to the above-named individuals on ___5-17-07___

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk