IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00112-ZLW

CARY GAGAN,

    Plaintiff,

v.

TROY EID,
ALBERTO GONZALES, and
GEORGE W. BUSH,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 31 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

"Plaintiff['s] Motion for Order for the Clerk to Provide to the Plaintiff the Remaining Exhibits (K-X) of the Appendix, Pgs. 224-320" filed on May 29, 2007, is GRANTED. The clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, the Prisoner Complaint and attached exhibits filed in this action on April 9, 2007.

Dated: May 31, 2007

Copies of this **Minute Order, and a copy of the Prisoner Complaint filed 4/9/07** were mailed on May 31, 2007, to the following:

Cary Gagan
Prisoner No. 58938
North Fork Corr. Facility
1605 E. Main Street
Sayre, OK 73662

_____
Secretary/Deputy Clerk